# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

E-filing

CR 07 0381 MMC

FILED
07 JUN 14 PM 2:38

---

UNITED STATES OF AMERICA,

v.

ISSA GEB ABU-FIAD,
a/k/a EISSA GEBRIL FAYAD,

DEFENDANT.

---

## INDICTMENT

18 U.S.C §§ 1425(a)(b) - Unlawful Procurement of Naturalization

---

A true bill.

_____
Foreman

Filed in open court this 6/14/2007 day of

R. Scott
_____
Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----
18 U.S.C. 1425(a), (b) --
(one count of each) --
Procurement of Citizenship or
Naturalization Unlawfully

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum penalties as to each count are 10 years imprisonment, $250,000 fine, 3 years of supervised release, and $100 special assessment

---- DEFENDANT - U.S. ----
▶ ISSA GEB ABU-FIAD a/k/a EISSA GEBRIL FAYAD

DISTRICT COURT NUMBER

CR 07 (illegible)

MMC

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
Immigrations and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---- DEFENDANT ----
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JAMES E. KELLER

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
07 JUN 14 PM 2:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR- **CR 07 0381 MMC** |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. §§ 1425(a), (b) – Unlawful Procurement of Naturalization |
| v. | ) (2 counts) |
| ISSA GEB ABU-FIAD, a/k/a EISSA GEBRIL FAYAD, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:  (18 U.S.C. § 1425(a) - Unlawful Procurement of Naturalization)

On or about May 14, 1999, in the Northern District of California, the defendant,

ISSA GEB ABU-FIAD,

a/k/a EISSA GEBRIL FAYAD,

did knowingly procure, and attempt to procure, contrary to law, naturalization by the United States government for himself by submitting an Application for Naturalization in which he falsely denied that he previously provided false testimony to obtain an immigration benefit, specifically false sworn statements on or about April 15, 1993 in his Application for Lawful Permanent Residence to question 20 ("Have you ever been married before") and to requests in the attached Form G-325A Biographic Information for:

1      •   all other names used;
       •   date of birth;
2      •   applicant's residence last five years;

3   which suggested he was qualified for naturalization, when the production of truthful information

4   would have led to the discovery of facts relevant to the Application for Naturalization and his

5   statutory ineligibility for naturalization, in violation of Title 18, United States Code, Section

6   1425(a).

7   COUNT TWO: (18 U.S.C. § 1425(b) - Unlawful Procurement of Naturalization)

8      On or about May 14, 1999, in the Northern District of California, the defendant,

9                             ISSA GEB ABU-FIAD,

10                          a/k/a EISSA GEBRIL FAYAD,

11  did knowingly procure, obtain, apply for, and otherwise attempt to procure and obtain,

12  naturalization and citizenship by the United States government for himself, to which he was not

13  entitled, by submitting an Application for Naturalization in which he falsely denied that he

14  previously provided false testimony to obtain an immigration benefit, specifically false sworn

15  statements on or about April 15, 1993 in his Application for Lawful Permanent Residence to

16  question 20 ("Have you ever been married before") and to requests in the attached Form G-325A

17  Biographic Information for:

18     •   all other names used;
       •   date of birth;
19     •   applicant's residence last five years;

20  which suggested he was qualified for naturalization, when the production of truthful information

21  would have led to the discovery of facts relevant to the Application for Naturalization and his

22  statutory ineligibility for naturalization, in violation of Title 18, United States Code, Section

23  1425(b).

24  DATED: June 14, 2007                                 A TRUE BILL.

25
    SCOTT N. SCHOOLS
26  United States Attorney                               FOREPERSON

27
    JONATHAN SCHMIDT
28  Assistant United States Attorney

    (Approved as to form: _____) (AUSA Keller)