UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00381 MMC (BZ) |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 *ET SEQ*. |
| v. ) | |
| ISSA GEB ABU-FIAD, ) a/k/a EISSA GEBRIL FAYAD, ) | |
| Defendant. ) | |

Based upon the representations made at the parties' appearance before this Court on June 21, 2007, including the stipulation made between Mr. Tyler, appointed counsel for defendant Issa Geb Abu-Fiad, and James Keller, counsel for the government, regarding the exclusion of time, and good cause appearing,

IT IS HEREBY ORDERED that the time from June 21, 2007 to July 11, 2007 is excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.,* against defendant Issa Geb Abu-Fiad, on grounds of: (a) the need for effective preparation by counsel pursuant to 18 U.S.C. § 3161(h)(8)(b)(iv), taking into account the exercise of due diligence, for the production and review of discovery in this case; (b) for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(b)(iv), given defense counsel's

[PROPOSED] ORDER RE: EXCLUSION OF TIME
CR 05-0611 WHA

unavailability the week of June 25, 2007; and that (c) the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this period of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A), for all of the foregoing reasons.

Based upon these FINDINGS, IT IS FURTHER ORDERED that the time from which trial must commence under the Speedy Trial Act is excluded as to defendant Issa Geb Abu-Fiad from June 21, 2007 to July 11, 2007 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (8)(B)(iv). IT IS SO ORDERED.

Dated: June ___, 2007

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: EXCLUSION OF TIME
CR 05-0611 WHA                                    2