UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: JUL 1 1 2007    E-Filing

Case No. CR-07-0381 MMC    JUDGE: Maxine M. Chesney

DEFENDANT: Issa Fiad    Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: James Keller    ATTORNEY FOR DEFENDANT: Ronald Tyler

Deputy Clerk: Tracy Lucero    Reporter: Mary Richardson

### PROCEEDINGS

REASON FOR HEARING: Initial status/Trial setting Conference

RESULT OF HEARING: Discovery materials to be provided to ∆'s counsel.

AUSA James Keller informed the Court that another AUSA will be taking over this case.

Case continued to 8/22/07 @ 2:30 for Further Status/Trial setting
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Continuity of Counsel   Begins JUL 1 1 2007   Ends 8/22/07

CC: Chamber file