UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: AUG 22 2007

Case No. CR-07-0381 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: Issa Fiad

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Jonathan Schmidt (SPEC)

ATTORNEY FOR DEFENDANT: Ronald Tyler

Deputy Clerk: TRACY LUCERO

Reporter: Debra Pas

## PROCEEDINGS

REASON FOR HEARING: Further Status/Trial Setting Conference

RESULT OF HEARING: Counsel requests additional time to review case. (This case currently has not been assigned to an AUSA).

Case continued to 9/19/07 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins AUG 22 2007 Ends 9/19/07

CC: Chamber file