1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ABU-FIAD
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           )   No. CR 07-00381 MMC
                                         )
12 |         Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER EXCLUDING TIME**
13 |     v.                              )
                                         )
14 | ISSA ABU-FIAD,                      )
                                         )
15 |         Defendant.                  )
   |_____)
16

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the status conference in the above-captioned matter, presently

19 scheduled for Wednesday, September 19, 2007, at 2:30 p.m., be continued to Wednesday,

20 October 24, 2007. The reason for the continuance is that the defense is engaged in ongoing

21 discovery review and preparation and the parties are jointly engaged in pretrial negotiations.

22        For the foregoing reasons, the parties agree to the stated continuance and request that time

23 be excluded under the Speedy Trial Act based upon the need for effective preparation.

24        It is so stipulated.

25

26 //

1  Dated:       September 17, 2007                    /S/
                                                RONALD C. TYLER
2                                               Assistant Federal Public Defender

3  Dated:       September 18, 2007                    /S/
                                                JONATHAN SCHMIDT
4                                               Assistant United States Attorney

5

6                                    **ORDER**

7        The Court finds as follows:

8        The ends of justice are served by granting the requested continuance, given that failure to
9  do so would deny counsel for the defendant the reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence.

11       The aforementioned ends of justice outweigh the best interest of the public and the
12 defendant in a speedy trial.

13       Accordingly, this matter is continued until October 24, 2007 at 2:30 p.m. Pursuant to the
14 Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period
15 from September 19, 2007 until October 24, 2007 is excluded in computing the time within which
16 the trial of this matter must commence.

17 **IT IS SO ORDERED**

18
   Dated:_____      _____
19                                     MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT COURT JUDGE
20

21

22

23

24

25

26