1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant ABU-FIAD
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           )    No. CR 07-00381 MMC
                                        )
12              Plaintiff,              )    **STIPULATION AND ORDER**
                                        )    **EXCLUDING TIME**
13         v.                           )
                                        )
14 ISSA ABU-FIAD,                       )
                                        )
15              Defendant.              )
   _____)
16

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the status conference in the above-captioned matter, presently

19 scheduled for Wednesday, September 19, 2007, at 2:30 p.m., be continued to Wednesday,

20 October 24, 2007. The reason for the continuance is that the defense is engaged in ongoing

21 discovery review and preparation and the parties are jointly engaged in pretrial negotiations.

22     For the foregoing reasons, the parties agree to the stated continuance and request that

23 time be excluded under the Speedy Trial Act based upon the need for effective preparation.

24

25     It is so stipulated.

26

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
No. CR 07-00381 MMC                    1

1  //
Dated:         September 17, 2007                    _____/S/_____
2                                                    RONALD C. TYLER
                                                     Assistant Federal Public Defender
3
Dated:         September 18, 2007                    _____/S/_____
4                                                    JONATHAN SCHMIDT
                                                     Assistant United States Attorney
5

6
                                    **ORDER**
7
       The Court finds as follows:
8
       The ends of justice are served by granting the requested continuance, given that failure to
9
do so would deny counsel for the defendant the reasonable time necessary for effective
10
preparation, taking into account the exercise of due diligence.
11
       The aforementioned ends of justice outweigh the best interest of the public and the
12
defendant in a speedy trial.
13
       Accordingly, the status conference in this matter is continued to October 24, 2007 at 2:30
14
p.m.  Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and
15
3161(h)(8)(B)(iv), the period from September 19, 2007 until October 24, 2007 is excluded in
16
computing the time within which the trial of this matter must commence.
17
**IT IS SO ORDERED**
18
                                                     _____
19  Dated: September 18, 2007
                                                     MAXINE M. CHESNEY
20                                                   UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
No. CR 07-00381 MMC                          2