IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>ISSA ABU FIAD,<br><br>             Defendant. | )<br>)  No. CR 07-0381 MMC<br>)<br>)<br>)  STIPULATION AND ORDER<br>)  CONTINUING HEARING AND<br>)  <u>EXCLUDING TIME</u><br>)<br>)<br>) |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from October 24, 2007 until October 31, 2007 at 2:30 p.m. The parties are engaged in negotiations towards a resolution of the matter. Defense counsel continues to investigate related issues.

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation.

It is so stipulated.

DATED: October 18, 2007         _____/S/_____
                                RONALD TYLER
                                Assistant Federal Public Defender
                                Counsel for Issa Abu Fiad


DATED: October 18, 2007         _____/S/_____
                                JONATHAN SCHMIDT
                                Assistant United States Attorney


STIP & ORDER CONTINUING
HEARING
*United States v. Fiad*
CR 07-0381MMC                   - 1 -

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would unreasonably deny the defendant continuity of counsel.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until October 31, 2007 at 2:30 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from October 24, 2007 until October 31, 2007 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: October 22, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING HEARING
*United States v. Fiad*
CR 07-0381MMC

- 2 -