UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: OCT 3 1 2007

Case No. CR-07-0381 MMC

JUDGE: **Maxine M. Chesney**

DEFENDANT: ISSA FIAD

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Jonathan Schmidt

ATTORNEY FOR DEFENDANT: Ron Tyler

Deputy Clerk: **TRACY LUCERO**

Reporter: Margo Gueule

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Counsel are close to resolution of case.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 12/12/07 @ 2:30 for Change of Plea.

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins 10/31/07 Ends 12/12/07