1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  JONATHAN SCHMIDT (CSBN 230646)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6776
7      Facsimile: (415) 436-7234
       Email: jonathan.schmidt@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,       )   No. CR 07-381 MCC
                                   )
15        Plaintiff,               )   **NOTICE OF CHANGE OF COUNSEL**
                                   )
16     v.                          )
                                   )
17 ISSA GEB ABU-FIAD,              )
                                   )
18        Defendant.               )
                                   )
19

20
          The United States Attorney's Office hereby files this Notice of Change of Counsel to
21
   advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is
22
   Jonathan Schmidt.  Future notices should be addressed to AUSA Schmidt at the
23

24
   ///
25
   ///
26
   ///
27
   ///
28

   Case # CR 07-381 MCC
   NOTICE OF CHANGE OF COUNSEL

1  his email address Jonathan.Schmidt@usdoj.gov. James E. Keller should be removed from the
2  list of persons to be noticed.
3
4  DATED: November 2, 2007          Respectfully submitted,
5                                   SCOTT N. SCHOOLS
                                    United States Attorney
6
7                                           /s/
                                   _____
8                                  JONATHAN SCHMIDT
                                   Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case # CR 07-381 MCC
NOTICE OF CHANGE OF COUNSEL