IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>ISSA ABU FIAD,<br><br>                Defendant. | No. CR 07-0381 MMC<br><br>STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from December 12, 2007 until January 16, 2008 at 2:30 p.m. The parties are now finalizing negotiations to resolve the matter. Defense counsel will be on annual leave from December 17, 2007 until January 7, 2008.

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation and continuity of counsel.

It is so stipulated.

DATED:   December 10, 2007          /S/
                                                   RONALD TYLER
                                                 Assistant Federal Public Defender
                                                 Counsel for Issa Abu Fiad

DATED:   December 10, 2007          /S/
                                                 JONATHAN SCHMIDT
                                                 Assistant United States Attorney

STIP & ORDER CONTINUING HEARING
*United States v. Fiad*
CR 07-0381MMC                          - 1 -

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would unreasonably deny the defendant continuity of counsel.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until January 16, 2008 at 2:30 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from December 12, 2007 until January 16, 2008 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED:

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING HEARING
*United States v. Fiad*
CR 07-0381MMC                                    - 2 -