UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: JAN 1 6 2008

Case No. CR-07-0381 MMC       JUDGE: **Maxine M. Chesney**

Defendant: ISSA FIAD            Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Jonathan Schmidt

ATTORNEY FOR DEFENDANT: Ronald Tyler

Deputy Clerk: **TRACY LUCERO**

Reporter: Margo Gurule

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Counsel informed the Court that the case is close to resolution. There is a "possibility" that the Gov't will file information (: supercede indictment) & change Δ with misdemeanor, at which time matter could be resolved before a Magistrate.

Case continued to 2/27/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JAN 1 6 2008 Ends 2/27/08