AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Title 18, United States Code, Section 1028(a)(4)- Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

PENALTY:

Maximum prison sentence 1 year, maximum fine $100,000, maximum supervised release term 1 year, and mandatory special assessment $25.

**DEFENDANT - U.S.**

ISSA GEB FIAD

DISTRICT COURT NUMBER

CR 07-0381 MMC

FILED 08 FEB -5 AM 10:39 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement (I.C.E.)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

CR 07-0381 MMC

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Jonathan Schmidt

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☒ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:




JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISSA GEB FIAD,<br>a/k/a Issa Geb Abu-Fiad<br>a/k/a Eissa Gebril Fayad,<br><br>Defendant. | No. CR 07-0381- MMC<br><br>VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

# INFORMATION

The United States Attorney charges:

On or about November 15, 1990, in the Northern District of California, the defendant,

ISSA GEB FIAD,
a/k/a Issa Geb Abu-Fiad,
a/k/a Eissa Gebril Fayad,

knowingly possessed a false identification document, to wit: an Egyptian Passport , with the intent that such document be used to defraud the United States, in violation of Title 18, United

//

//

States Code, Section 1028(a)(4), a Class A Misdemeanor.

DATED: 2-4-08

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J STRETCH
Chief, Criminal Division

(Approved as to form: _______________)
JONATHAN SCHMIDT
Assistant United States Attorney