**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEB 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-07-381 MMC

Defendant's Name: Issa Geb Fia'd

Defense Counsel: Ron Tyler

Sentencing Date: 6-12-08 @ 10:00

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- ✓ Presentence Investigation
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 18400, **before leaving**</u> the Courthouse today to make necessary arrangements.

RICHARD W. WIEKING
Clerk

By: **BRENDA TOLBERT**
Deputy Clerk

C: U.S. Probation

For Use of Courtroom Deputies:

Is defendant in custody? N

Is defendant English speaking? Y

Defendant's address: