1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   JONATHAN D. SCHMIDT (CABN 230646)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436–6776

7
    Attorneys for Plaintiff

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )       CR 07-00381 MEJ
                                        )
14          Plaintiff,                  )
                                        )       UNITED STATES' SENTENCING
15          v.                          )       MEMORANDUM
                                        )
16  ISSA G. ABU FIAD                    )       DATE        JUNE 12, 2008
                                        )       TIME        10:00 AM
17          Defendants.                 )       COURT       COURTROOM B 15TH FLOOR
                                        )
18  _____)

19

20          Mr. Abu Fiad is scheduled to be sentenced before this court on June 12, 2008, at 10:00

21  am on one count of possession of an identification document with the intent to defraud in

22  violation of 18 U.S.C. § 1028(a)(4).

23          The plea agreement in this case calculates a total offense level of 6.   The presentence

24  report, noting *ex-post facto* issues, calculates a total offense level of 4 and a criminal history

25  category of I.   Both calculations result in a recommend sentencing guideline range of 0-6 months

26  imprisonment.   The United States has no objections to the presentence report.

27          The presentence reports recommends a sentence of three years probation and a $25

28

U.S. Sent Memo
CR 07-00381 MEJ                          1

1    special assessment.  The United States agrees with this recommendation..

2

3    Dated: June 5, 2008                          Respectfully submitted,

4                                                 JOSEPH P. RUSSONIELLO
                                                  United States Attorney

5

6                                                 _____/S/_____
                                                  JONATHAN D. SCHMIDT
7                                                 Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28