06/17/2008 04:14 PM EST                                                                                              Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000381 | | US V FAID | | | | | | | |
| 001 | ISSA GEB FIAD | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611020150 | 1 | PR | 25.00 | 06/12/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

FILED
JUN 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07-381 MAG

$25.00 SPECIAL ASSESSMENT
       PAID IN FULL ON 6-12-08

Page 1   of   1