**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

July 16, 2008

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

        **Order Exonerating Bond in *United States v. Issa Fiad***
        **CR 07-00381 MEJ**

Your Honor:

    This office represented Issa Fiad in a matter initiated in this district in 2007.  The defendant's passport was posted as security.  The case has now concluded.  I am requesting that the Court sign an order exonerating the bond, which I have enclosed.

    Thank you for your consideration.

                                Respectfully Submitted,

                                BARRY J.  PORTMAN
                                Federal Public Defender

                                /s/

                                RONALD C.  TYLER
                                Assistant Federal Public Defender

RCT/nm