1
2
3
4
5
6                                    IN THE UNITED STATES DISTRICT COURT
7                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,           )
                                        )   No. CR 07-00381 MEJ
              Plaintiff,                )
10                                      )   **[PROPOSED] ORDER
    vs.                                 )   EXONERATING BOND**
11                                      )
    ISSA FIAD,                          )
12                                      )
              Defendant.                )
13  _____ )
14
15      The bond previously posted is hereby EXONERATED.  The defendant's passport and any
16  security previously posted may be returned to its owner.
17
18      IT IS SO ORDERED.
19
20
21  DATED:                              _____
                                        HONORABLE BERNARD ZIMMERMAN
22                                      UNITED STATES MAGISTRATE JUDGE
23
24
25
26

[PROPOSED] ORDER EXONERATING BOND
CR 07-00381 MEJ