IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISSA FIAD,<br><br>    Defendant. | No. CR 07-00381 MEJ<br><br>[PROPOSED] ORDER<br>EXONERATING BOND |

  The bond previously posted is hereby EXONERATED.  The defendant's passport and any security previously posted may be returned to its owner.

  IT IS SO ORDERED.

DATED: July 17, 2008

                _____
                HONORABLE BERNARD ZIMMERMAN
                UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXONERATING BOND
CR 07-00381 MEJ